**IT IS ORDERED as set forth below:**

Date: July 13, 2023



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Crystal Tineka Simon ) | |
| ) | |
| ) | |
| Debtor(s). ) | CASE NO. 23-51883-lrc |
| ) | CHAPTER 13 |
| ) | |
| ) | Judge Lisa Ritchey Craig |
| Mile High Borrower 1 (Income), LLC ) | |
| ) | |
| Movant. ) | CONTESTED MATTER |
| ) | |
| V. ) | |
| ) | |
| Crystal Tineka Simon, Debtor(s), Cameron ) | |
| Daniel, Codebtors(s); and ) | |
| Melissa J. Davey, Trustee ) | |
| ) | |
| Respondents. ) | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY**

On June 23, 2023, Mile High Borrower 1 (Income), LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay and Motion for Relief Codebtor Stay (Doc. No. 23) (the "Motion"). The Motion concerns rented real property having an address 2652 Odessa Ct,

1

Jonesboro, Georgia 30236 (the "Property").  A hearing on said Motion was heard on July 11, 2023, upon notice Movant contends was proper. No response or objection to the Motion was filed by the Debtor, Codebtor, or Trustee, and similarly no opposition to Movant's Motion was announced at the hearing by the Debtor, Codebtor, or the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301 of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(3) is waived to allow Movant to proceed immediately with a dispossessory action;

[END OF DOCUMENT]

**Seen and No Opposition:**

/s/ Mandy K. Campbell (w/ exp. perm.)_____
Mandy K. Campbell
Ga Bar No. 142676
Office of Melissa J. Davey, Standing Chapter 13 Trustee

Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

**Order presented by:**

THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta, GA 30350
Tel: (404) 692-4342
Email: mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta, GA 30350

Andrew H McCullen
The Semrad Law Firm, LLC
6125 Old National Hwy, Ste 121
Atlanta, GA 30349

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Melissa J. Davey
Standing Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

Crystal Tineka Simon, Debtor
2652 Odessa Ct
Jonesboro, Georgia 30236

Cameron Daniel, Codebtor
2652 Odessa Ct
Jonesboro, Georgia 30236